BEFORE THE UNITED STATES CEISTRIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INSIGHT SECURITIES, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-cv-04926 ) ) |
| CLODI HOLDINGS LTD., a Virgin Islands business entity, | ) Hon. Harry D. Leinenweber ) |
| AMICORP TRUSTEES (NEW ZEALAND, LIMITED a New Zealand company, as trustee of THE DOCIL TRUST, a non-US trust for the benefit of Argentinian citizens, AMICORP MANAGEMENT LIMITED, a British Virgin Islands business entity, MADISON ASSETS, LLC, a Grand Cayman company, and DEUTSCHE BANK SECURITIES, Inc. a Delaware Corporation, | ) Hon. Jeffery Cole ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 26, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff will present its previously filed Motion For Electronic Service to the Honorable Harry D. Leinenwebber, or any judge sitting in his stead, at courtroom 1941 in the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Nicholas P. Iavarone, Esq.

The Iavarone Law Firm, P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
 (312) 637-9466
(800) 417-0580 (fax)
niavarome@iavaronefirm.com