AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Insight Securities, Inc, a Delaware Corporation

CASE NUMBER: 18-cv-04925

V.

ASSIGNED JUDGE: Hon. Harry D. Leinenweber

Clodi Holdings, Ltd, et al.

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffery Cole

TO: (Name and address of Defendant)

Deutsche Bank Securities, Inc.
c/o CT Corporation
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas P. Iavarone
The Iavarone Law Firm
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
niavarone@iavaronefirm.com

an answer to the complaint which is herewith served upon you, _____21 days_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



July 20, 2018
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 23, 2018 |
| NAME OF SERVER (PRINT) | TITLE |
| | Marcia F. Przeslawski |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served summons and Complaint on listed Registered Agent of Deutsche Bank Securities Inc. : CT Corporation System 208 South LaSalle Street, Suite 814 Chicago, IL 60604

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-23-2018
             Date

Signature of Server: Marcia F. Przeslawski

Address of Server: 33 N. LaSalle St. Ste. 1400 Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.