BEFORE THE UNITED STATES CEISTRIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INSIGHT SECURITIES, INC., an Illinois corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-cv-04925<br>)<br>) |
| CLODI HOLDINGS LTD., a Virgin Islands business entity, AMICORP TRUSTEES (NEW ZEALAND, LIMITED a New Zealand company, as trustee of THE DOCIL TRUST, a non-US trust for the benefit of Argentinian citizens, AMICORP MANAGEMENT LIMITED, a British Virgin Islands business entity, MADISON ASSETS, LLC, a Grand Cayman company, and DEUTSCHE BANK SECURITIES, Inc. a Delaware Corporation, | ) Hon. Harry D. Leinenweber<br>)<br>) Hon. Jeffery Cole<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Insight Securities, Inc., a Delaware corporation, by and through its undersigned counsel, and, pursuant to Rule 41(a)(1), F.R,C.P., voluntarily dismisses this matter.

Respectfully submitted,

_____
One of Plaintiff's Attorneys

Nicholas P. Iavarone, Esq.
The Iavarone Law Firm, P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
Illinois Bar. No. 1299220
(312) 637-9466

(800) 417-0580 (fax)
niavarome@iavaronefirm.com

(800) 417-0580 (fax)
niavarome@iavaronefirm.com

CERTIFICATE OF SERVICE

Nicholas P. Iavarone, an attorney admitted to practice law in the State of Illinois, declares that on August 8, 2018 he caused a copy of the attached Notice of Voluntary Dismissal to be served via email to:

backoffice@madisonadvisor.com.
Madison Assets LLC,
31 Warwick Drive, 3rd Floor, PO Box 2496
Grand Cayman KY1-1104, Cayman Islands

newzealand@amicorp.com
Amicorp Trustees (New Zealand) Limited
Level 11, 203 Queen Street
Auckland, New Zealand 1010

bvi@amicorp.com
Amicorp Management Limited
Marcy Building, 2nd Floor, Purcell Estate
P.O. Box 2416,
Road Town Tortola, British Virgin

bvi@amicorp.com
Clodi Holdings Ltd
c/o Amicorp B.V.I. Limited
Marcy Building, 2nd Floor, Purcell Estate
P.O. Box 2416, Road Town Tortola, British Virgin

(christian.kemnitz@kattenlaw.com)
Deutsche Bank Securities, Inc.
c/o Cris Kemnitz, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

One of Claimants' attorney

Nicholas P. Iavarone, Esq.                .
The Iavarone Firm, P.C.
33 North LaSalle, Suite 1400
Chicago, IL 60602
(312) 63 7-9466
(800) 417-0580 (fax)

2

Laurence M. Landsman, Esq.
The Landsman Law Firm
33 North LaSalle, Suite 1400
Chicago, IL  60602
(312) 251-1144
(312) 251-1147 (fax)
larry@block-landsman.com

2